UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAQUARI TROTTER and
GREGORY ROGERS,

                                       **INDICTMENT**

    Defendants.
_____/

The Grand Jury charges:

## COUNT 1
(Assault on a Federal Law Enforcement Officer)

On or about February 4, 2020, in Kent County, in the Southern Division of the Western District of Michigan, the Defendants,

JAQUARI TROTTER
and
GREGORY ROGERS,

forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, D.F., while said officer was engaged in his official duties and, in so doing, used a deadly or dangerous weapon, namely, a firearm, and aided, abetted, counseled, commanded, induced, and procured the same.

18 U.S.C. §§ 111(a) and (b)
18 U.S.C. § 2

## COUNT 2
(Discharge of a Firearm During and in Relation to a Crime of Violence)

On or about February 4, 2020, in Kent County, in the Southern Division of the Western District of Michigan, the Defendants,

> JAQUARI TROTTER
> and
> GREGORY ROGERS,

knowingly used, carried, and discharged a firearm during and in relation to the crime of violence charged in Count 1 of the Indictment and aided, abetted, counseled, commanded, induced, and procured the same.

18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 2

## COUNT 3
(Felon in Possession of Ammunition)

On or about February 4, 2020, in Kent County, in the Southern Division of the Western District of Michigan, the Defendant,

JAQUARI TROTTER,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 7 rounds of 9mm Luger caliber "R-P" ammunition and 4 rounds of 9mm Luger caliber "Aguila" ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
STEPHANIE M. CAROWAN
Assistant United States Attorney

_____
BLAIR LACHMAN
Special Assistant United States Attorney